## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Pennsylvania Department of Revenue, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1494 C.D. 2019 |
| | : | |
| Andrew Wagaman and The Morning | : | |
| Call, | : | |
| Respondents | : | |

**PER CURIAM**                    **O R D E R**

NOW, April 20, 2021, having considered Petitioner's application for reargument, to which no answer was filed, the application is granted. Our Opinion and Order filed February 19, 2021, are hereby withdrawn.

The Prothonotary is directed to list the above-captioned matter for argument on the next available list.